# Court of Appeals
# of the State of Georgia

ATLANTA, January 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1084. NATALIE KING JOHNSON v. CATLIN KENNETH JOHNSON.

The trial court issued an amended final judgment and decree of divorce between Natalie King Johnson and Catlin Kenneth Johnson. Natalie then filed this direct appeal. We lack jurisdiction because "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(2), (b); see also *Evans v. Jackson*, 368 Ga. App. 170, 173 (1)(b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, Natalie failed to file an application for discretionary appeal. Thus, we do not have jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/29/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*